**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| VIPULA D. VALAMBHIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED REPUBLIC OF TANZANIA, et al., <br><br> Defendants. | Civil Action No. 1:18-cv-370 (TSC) |

### UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY

Defendants the Ministry of Works, Tanzania; the Tanzanian National Roads Agency; the Ministry of Transport, Tanzania; and the Attorney General of the United Republic of Tanzania (hereinafter "Tanzania" or "Defendants") respectfully submit this unopposed motion requesting a one-business day extension of time through July 16, 2018 to file their Reply in support of their Motion to Dismiss Plaintiffs' First Amended Complaint.

Tanzania's Reply is currently due on Friday, July 13, 2018. Due to unexpected developments in another matter, Defendants' undersigned lead counsel must travel abroad tomorrow, July 12, making timely finalization of the Reply by Friday unexpectedly burdensome.

The undersigned counsel for Defendants has conferred with counsel for Plaintiffs, who indicated that Plaintiffs do not oppose this motion. This motion is not sought for delay, but to ensure that counsel have adequate time to prepare their filing.


Dated: July 11, 2018                    Respectfully submitted,

UNITED REPUBLIC OF TANZANIA; BANK OF TANZANIA; and MINISTRY OF DEFENCE AND NATIONAL SERVICE

By its attorneys,

/s/ *Lawrence H. Martin*
Lawrence H. Martin (D.C. Bar No. 476639)
Clara E. Brillembourg (D.C. Bar No. 974377)
Nicholas M. Renzler (D.C. Bar No. 983359)
FOLEY HOAG LLP
1717 K Street, NW
Washington, DC 20006-5350
Tel:  202 223 1200
Fax: 202 785 6687

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as unregistered participants on July 11, 2018.

/s/ *Lawrence H. Martin*
Lawrence H. Martin