UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VIPULA D. VALAMBHIA, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED REPUBLIC OF TANZANIA, et al.**, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 18-cv-370 (TSC) |

## ORDER

For the reasons set forth in the court's Memorandum Opinion dated March 31, 2019, ECF No. 18, it is hereby

**ORDERED** that Defendants' Motion to Dismiss, ECF No. 13, is **GRANTED**.

This is a final and appealable Order.

The Clerk of the Court is directed to close this case.

Date: March 31, 2019

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge